IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MATTHEW FOOSANER,

*Plaintiff,*

v.   No. 1:22-cv-00521-RDA-JFA

CROWN CASTLE USA INC.,

*Defendant.*

### [~~PROPOSED~~] ORDER

Upon consideration of Defendant Crown Castle USA Inc.'s Consent Motion to Extend Time to Respond to Plaintiff's Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have up to and including September 15, 2023, to answer or otherwise respond to Plaintiff's Amended Complaint.

SO ORDERED this the 31st day of August, 2023.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
U.S. Magistrate Judge